UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHELTON HICKERSON, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>BOARD OF VETERANS APPEALS, et al.,<br><br>  Defendants. | Case No. 16-cv-04388-BLF<br><br>**ORDER SETTING DEADLINE FOR PAYMENT OF FILING FEE** |

On August 2, 2016, Plaintiff filed the complaint in this action along with an application to proceed in forma pauperis. On August 23, 2016, the Court issued an order denying Plaintiff's application to proceed in forma pauperis as incomplete. *See* Order Re Application to Proceed In Forma Pauperis, ECF 10. The order stated expressly that the denial was without prejudice and it granted Plaintiff until September 6, 2016 to file a renewed application to proceed in forma pauperis. *Id.* Plaintiff did not file a renewed application within the time provided and still has not filed a renewed application.

Plaintiff therefore must pay the filing fee of $400.00 if she wishes to proceed with this case. If Plaintiff does not pay the filing fee on or before October 12, 2016, the case will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b). *See* Fed. R. Civ. P. 41(b) (providing for dismissal if plaintiff fails to prosecute action or to comply with the Federal Rules of Civil Procedure or a court order); *Madden v. Badgett*, 122 F.3d 1072 (Table), 1997 WL 556361, at *1 (9th Cir. Aug. 29, 1997) (affirming dismissal of action under Rule 41(b) where

plaintiff failed to pay the filing fee or to submit prison trust account statement); *Soto v. Hayes*, No. C-94-0098-VRW, 1995 WL 150572, at *1 (N.D. Cal. Mar. 20, 1995) (dismissing action under Rule 41(b) for failing to pay the filing fee).

**IT IS SO ORDERED.**

Dated: September 12, 2016

_____
BETH LABSON FREEMAN
United States District Judge