1

2

3

4

5

6               **UNITED STATES DISTRICT COURT**

7               **NORTHERN DISTRICT OF CALIFORNIA**

8                       **SAN JOSE DIVISION**

9

10   SHELTON HICKERSON, et al.,                 Case No.  16-cv-04388-BLF

11                   Plaintiffs,

             v.                                 **ORDER DISMISSING CASE**
12

13   BOARD OF VETERANS APPEALS, et al.,

14                   Defendants.

15

16          When the complaint was filed in this action, Plaintiff did not pay the filing fee but instead

17   submitted an application to proceed in forma paupers.  The Court denied Plaintiff's application to

18   proceed in forma pauperis as incomplete and granted Plaintiff two weeks, until September 6, 2016,

19   to file a renewed application.  Plaintiff did not file a renewed application within the time provided.

20          On September 12, 2016, the Court – still having not received a renewed application to

21   proceed in forma pauperis – issued an order setting a deadline of October 12, 2016 for payment of

22   the filing fee.  The order informed Plaintiff that failure to pay the filing fee by that date would

23   result in dismissal of the case without prejudice under Federal Rule of Civil Procedure 41(b).  *See*

24   Order Setting Deadline for Payment of Filing Fee at 1, ECF 14.  Plaintiff did not pay the filing fee

25   within the time provided and still has not paid it.

26          Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  *See* Fed. R. Civ. P.

27   41(b); *Anthony v. United States Dep't of the Interior*, No. 11-35030, 2012 WL 907491, at *1 (9th

28   Cir. March 19, 2012) (affirming dismissal without prejudice under Rule 41(b) where plaintiff

*United States District Court*
*Northern District of California*

failed to submit application to proceed in forma paupers or pay the filing fee).


**IT IS SO ORDERED.**


Dated: October 18, 2016

_____
BETH LABSON FREEMAN
United States District Judge